AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>PETER DANIEL RING<br><br>Defendant(s) | )<br>)<br>)   Case No. 1:25 mj 58 MAL<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  05/17/2025 - 09/22/2025  in the county of  Gilchrist  in the
Northern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:
See attached Affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Jayson Francis, FBI
Printed name and title

Sworn to ~~before me and signed in my presence.~~
ML  by telephone. Fed. R. Crim. P. 4.1

Date: October 7, 2025

_____
Judge's signature

City and state:  Gainesville, Florida

U.S. Magistrate Judge Midori Lowry
Printed name and title