# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

<u>UNDER SEAL</u>
CASE NUMBER: 1:25mj58 MAL

PETER DANIEL RING

_____/

## <u>MOTION REQUESTING AN ORDER</u>
## <u>SEALING THE COMPLAINT</u>

The United States of America requests this Court to issue an Order sealing the Complaint in this case, and in support of this Motion states as follows:

1. The Defendant has not been arrested as a result of the activities alleged in the Complaint. The public revelation of the Complaint could severely hamper law enforcement's ability to locate and apprehend the Defendant to answer the charges.

2. The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when the named defendant is taken into custody, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

FILED USDC FLND GV
OCT 7 '25 PM4:39

WHEREFORE, in order to arrest the Defendant before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*s/ Christie S. Utt*
CHRISTIE S. UTT
Assistant U.S. Attorney
Florida Bar # 84759
401 SE First Ave, Ste 211
Gainesville, Florida 32601
Telephone: (352) 378-0996
Email: Christie.Utt@usdoj.gov

## ORDER

The Government's Motion is granted.

DONE AND ORDERED this _7th_ day of October, 2025.

_Midori A. Lowry_
MIDORI A. LOWRY
UNITED STATES MAGISTRATE JUDGE

2

RCVD USDC FLND GV
OCT 7 '25 PM4:39