**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                         **Case No.: 1:25MJ58 MAL**

**PETER DANIEL RING**

_____/

## ORDER TO UNSEAL COMPLAINT

UPON the motion of the United States it is herby ORDERED and

ADJUDGED that the motion be granted and the Complaint shall be unsealed upon

the date of this order.

Dated this __16th__ day of October, 2025.

*Midori A. Lowry*
MIDORI A. LOWRY
UNITED STATES MAGISTRATE JUDGE

