# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　INDICTMENT

PETER DANIEL RING　　　　　　　　　　1:25CR27 AW/ML
_____/

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about May 28, 2025, in the Northern District of Florida, the defendant,

**PETER DANIEL RING,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Individual 1, specifically,

- May 28, 2025: "Death to [Individual 1] and Decomcrats communist."

- May 28, 2025: "I will kill her and every other Democrat communist."

In violation of Title 18 United States Code, Section 875(c).

## COUNT TWO

Between on or about June 19, 2025, and on or about July 11, 2025, in the Northern District of Florida, the defendant,

**PETER DANIEL RING,**

did knowingly transmit in interstate commerce a communication, that is, an electronic message, containing a true threat to injure another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Individual 1, specifically,

- June 19, 2025: "Death to [Individual 1]. Bitches like her need to be killed. I want her dead and when she does someone please tell me so we can kill her family as well. Death to Democrats communists."

- June 23, 2025: "Death to [Individual 1]. To [Individual 1]. I will kill every liberal Marxist communist starting with you. Mark my words when the day comes I will string you up like a lynching or whatever I come up with. [Individual 1], I will kill you and your family. Death to [Individual 1]."

- July 11, 2025: "Death to [Individual 1]. I will kill you one day [Individual 1]. Death to Democrats communists."

In violation of Title 18 United States Code, Section 875(c).

## COUNT THREE

Between on or about September 3, 2025, and on or about September 19, 2025, in the Northern District of Florida, the defendant,

**PETER DANIEL RING,**

did knowingly transmit in interstate commerce a communication, that is, an

electronic message, containing a true threat to injure another person, with the intent to communicate a true threat or knowledge that it would be viewed as a true threat, and the communication contained a threat to injure Individual 1, specifically,

- September 3, 2025: "[Individual 1] we are going to kill u and take ur shit everything."

- September 15, 2025: "To [Individual 1].... Death to u and ur family. We the people are going to kill you....Death to [Individual 1]...."

- September 19, 2025: "I want her executed and dead. Death to [Individual 1]."

In violation of Title 18 United States Code, Section 875(c).

A TRUE BILL:

Redacted

FOREPERSON

10/28/25
DATE

JOHN P. HEEKIN
United States Attorney

CHRISTIE S. UTT
Assistant United States Attorney

3