Start: 10:04 a.m.
Stop: 10:25 a.m.

### UNITED STATES DISTRICT COURT
### CRIMINAL MINUTES - RE-ARRAIGNMENT

Case No:   1:25-cr-27-AW                                    Date: 02-12-2026

DOCKET ENTRY:    ***Change of Plea Hearing***
Defendant sworn

PRESENT:    Honorable ALLEN WINSOR, Chief District Judge

| TiAnn Stark | Dawn Savino (USDC-FLND) | Christie Utt |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Jason Maxwell/Lamar Walker | | |
| Probation Officer | Interpreter | |

U.S.A   vs.  (DEFENDANT LISTED BELOW)                ATTORNEYS FOR DEFENDANT

PETER DANIEL RING                                    DARREN JOHNSON
X  present   X  custody  __ bond  __O/R          X  present   X  appt   ___retained

PROCEEDINGS:

__X__   Defendant is REARRAIGNED and specifically advised of his/her rights

__X__   Written Plea Agreement

__X__   Written Proposed Statement of Facts

_____   Adjudication Withheld Pending Sentencing

_____   Court to enter Report & Recommendation that District Judge Accepts Plea

__X__   Defendant Adjudicated Guilty on Count(s)  2, 3

__X__   Defendant States True Name is  PETER DANIEL RING

__X__   Court Questions Defendant Regarding His/Her Physical and Mental Condition, and Advises

Defendant of the Nature and Possible Consequences of Said Plea

_____   Consents to Proceeds Before Magistrate Judge for the Purposes of a Change of Plea to Guilty

__X__   Defendant Moves to CHANGE PLEA           __X__   Court Grants Motion

__X__   Defendant PLEADS     __X__   Guilty to Count(s)  2, 3

_____   Nolo Contendere to Count(s) ___

__X__   Referred to Probation Officer for Pre-Sentence Report

__X__   Sentencing set for April 28, 2026

__X__   Defendant remanded to the custody of the USMS