# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 1:25cr27 AW/MAL

PETER DANIEL RING

## STATEMENT OF FACTS

The defendant, Peter Daniel Ring agrees to the following facts and admits that, if this case were to proceed to trial, the government could prove them beyond a reasonable doubt:

On June 25, 2025, the Washington Post filed a complaint with the FBI regarding an email threat transmitted on June 23, 2025, to an employee of the Post from sender Peter Ring at peter.ring12@gmail.com. The subject read, "Death to Victim 1 (victim in Count Two). " The body of the email read, "To Victim 1. I will kill every liberal marxist communist starting with you. Mark my words when the day comes I will string you up like a lynching or whatever I come up with. Victim 1 I will kill you and your family. Death to Victim 1."

On June 25, 2025, FBI Albany interviewed the defendant, who was visiting his father at his father's residence in Altmar, New York. The defendant admitted to sending the threat. He said he would never make such threats again and had no intent to actually cause anyone harm.

Filed In Open Court

2-12-26

Clerk, U.S. District Court
Northern District of Florida

1

On August 25, 2025, the FBI National Threat Operations Center Exigent Threat Operations Center Exigent Threat Research Analysis Crisis Team received a tip from Google, Inc. ("Google") regarding a YouTube user who posted a series of religiously and politically motivated threats of violence against Muslim people, members of the media, and prominent Democrat politicians, including United States Victim 2, Victim 3, Victim 4, and Victim 5, and others.

Google stated that it believes that there presently exists an emergency involving imminent death or serious bodily injury to a person or persons, and that immediate disclosure of certain information is required to avert the emergency.

Google identified the subscriber of the account by display name: "Daniel Ring," email address: "danielring159012@gmail.com," date of birth: "July 24, 1995," recovery phone: "(862) 309-2519," and last login IP address: "216.36.212.229." Google identified the user's last location via IP in Bell, Florida, within the Northern District of Florida. Google provided the content of the written comments that were uploaded to YouTube as follows:

1.      05/17/2025: "Victim 6 please stop with your dumb liberal communist propaganda. People like you should keep your mouth shut before you end up in an unmarked grave. Death to you Democrats communists. God bless America Trump Vance 24."

2

2.    05/28/2025: "Death to Victim 4 (victim in Count One) and Decomcrats communist."

3.    05/28/2025: "I will kill Victim 4 (victim in Count One) and every other Democrat communist [responding to Victim 4]."

4.    06/04/2025: "Death and extermination of Democrats communists we will kill you @ Victim 7, Victim 8, Victim 10, Ect… when the time comes we will kill u."

5.    06/05/2025: "Death to Victim 7 and family.  We the people will one day kill you. Death to Democrats communists."

6.    06/18/2025: "Death to Victim 2 and Democrats communists."

7.    06/19/2025: "Death to Victim 1 (victim in Count Two).  Bitches like her need to be killed.  I want her dead and when she does someone please tell me so we can kill her family as well.  Death to Democrats communists."

8.    07/10/2025: "MSNC is fake news.  Love vp vance. Liberals are the problem and a disease.  One day the disease will be exterminated.  Death to Democrats communists."

9.    07/11/2025: "Death to Victim 1 (victim in Count Two). I will kill you one day Victim 1. Death to Democrats communists."

3

10.    07/29/2025: "Victim 6 please just die.  People like u are why people like me have mini arsenals in my house.  Death to u and every Democrat communist.  Trump Vance won cry liberals cry."

11.    08/1/2025: "Death to Victim 3 and Victim 3's family.  One day she will get her reckoning."

12.    08/05/2025: "Death to Victim 9 and Democrats communits.  One day wherever u are you will die.  God bless America Trump Vance 24."

13.    08/15/2025:  "Death to Islam muslims death to islam muslins extermination is coming for u."

14.    08/19/2025: "I cannot wait to kill a muslim.  Death to islam muslims."

15.    08/20/2025: "Death to Democrats communists one day we Patriots will kill u all."

16.    08/21/2025: "Give me a weapon and every muslim will be dead.  Death to those kids and death and extermination of islam muslims."

On August 27, 2025, a preservation request was submitted to Google for the account associated with email address danielring159012@gmail.com.  Peter Daniel Ring lives at 6430 NW 13th Terrace, Bell, Florida.

On the same day, FBI agents from Florida telephonically interviewed the defendant's father, who confirmed that Ring resides with his mother in Florida and

that he had returned to Florida approximately two months prior, a few days after he was interviewed by NY FBI agents.

A search of law enforcement records identified Ring as the subject of the prior threat-to-life investigation that involved his email to harm Victim 1 (victim in Count Two), which he sent to Victim 1 at the Washington Post, and that the Washington Post reported to the FBI on June 25, 2025.

After confirming Ring's IP address, a search warrant executed on or about October 2, 2025, establishing that between September 4, 2025, and September 27, 2025, approximately 5,827 activities were logged from Ring's IP address. Google records also establish that the phone seized from Ring's person (that he admitted he had possessed for several years) is the same model associated with both of Ring's emails: Peter.Ring12@gmail.com and danielring159012@gmail.com. The following communication, obtained from the search warrant, was posted by Ring within the YouTube application:

1. On 09/03/25: "Victim 5 (victim in Count Three) we are going to kill u and take ur shit everything."

2. On 09/10/25: "Death to Victim 10 and family. Victim 11 and Victim 12 your days are very limited and I will rejoice in your killings. Death to Victim 10 Democrats communists."

3.    On 09/10/25: "To every democrat out there. We are coming for your life. We are never going to stop until u are all dead. Death to Democrats communists."

4.    On 09/10/25: "Democrats you have declared war and we are going to kill every single one of you. If your a Democrat run for the hills cause we will not stop until you die. Death to Democrats communists."

5.    On 09/11/25: "yes you stupid cunt. You know absolutely nothing about communism say it to my face and we'll see how it ends for you. By the way not very good you'll end up dead. People like you will get killed by people like me and I'm not afraid. But you should."

6.    On 09/11/25: "no the right is right. Only the left gets violent. Know your history stupid liberal shitbag. You will die as well."

7.    On 09/11/25: "Death to Democrats communists and every single anti trump kirk supporter. We are coming for you and you will die."

8.    On 09/12/25: "Death to Victim 10 Democrats communists. U are next. Charlie Kirk will be avenged. All that oppose him will die. RIP Charlie kirk you just started a revolution. And we the right will win."

9.    On 09/12/25: "We are going to kill every Democrat. Just wait give it time they will die and the right will win. Death to Democrats communists."

10.    On 09/12/25: "No Victim 13 u divide the nation not trump. Trump is trying to unify and your a lying piece of shit. You and your family are going to be targets and going to be killed. Death to you and Democrats communists. We will kill u all. This is war. And the right will win."

11.    On 09/12/25: "no you are the traitor and you are going to die. Every democrat needs to be killed and it will happen now that charlie died. Rules are off the table. You are going to be killed and I cant wait."

12.    On 09/15/25: "To Victim 5 (victim in Count Three) and Victim 14. Death to u and ur family. We the people are going to kill you. The death to charlie kirk means war. Death to Victim 2 and Victim 14. No more bullshit. God bless America Trump Vance 24 Vance 28 MAGA."

13.    On 09/19/25: "I want her executed and dead. Death to Victim 5 (victim in Count Three)."

14.    On 9/22/25: "Death to Victim 14 islam muslims Democrats communists. We are going to kill you all."

The defendant was arrested on October 18, 2025, at JFK Airport. During a Mirandized interview, the defendant contradicted himself by initially denying making the posts but when questioned further claiming that he was "blackout drunk" or just mad when he made the posts.

### Elements

7

The defendant can be found guilty of the charged crime only if all the following facts are proved beyond a reasonable doubt:

**Counts Two and Three:   Threatening Communication**

(1) The Defendant knowingly sent a message in interstate commerce containing a true threat to injure the person of another; and

(2) The Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

The victim in Count Two is Victim 1 as identified herein.  The victim in Count Three is Victim 5 as identified herein.  Based upon the facts presented above, which are not intended to be exhaustive for this case, the defendant agrees that, if this case were to proceed to trial, the government could prove each of these elements beyond a reasonable doubt.

JOHN P. HEEKIN
United States Attorney

_____
Darren J. Johnson
Attorney for Defendant

_____
Christie S. Utt
Assistant United States Attorney

2/12/26
_____
Date

2/11/26
_____
Date

_____
Peter Daniel Ring
Defendant

2/12/26
_____
Date

8